# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| ONOFRIO POSITANO, | |
|---|---|
| Plaintiff, | NO. 3:18-CV-0190 |
| v. | (JUDGE CAPUTO) |
| GEISINGER-GMC, | (MAGISTRATE JUDGE CARLSON) |
| Defendant. | |

## ORDER

**NOW**, this 12th day of April, 2019, upon review of the Report and Recommendation of Magistrate Judge Martin C. Carlson (Doc. 37) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 24) is **ADOPTED in part.**[1]

(2) The Motion to Dismiss (Doc. 33) pursuant to Federal Rule of Civil Procedure 12(b)(1) is **GRANTED**.

(3) Plaintiff's claims are **DISMISSED without prejudice** for lack of jurisdiction.

(4) The Clerk of Court is directed to mark the case as **CLOSED**.

A. Richard Caputo
United States District Judge

---

[1] Plaintiff has indicated that he never received a copy of Defendant's motion to dismiss. (*See* Doc. 38, *generally*). Thus, I will not deem the motion unopposed. Instead, for reasons explained by Magistrate Judge Carlson, subject matter jurisdiction does not exist over Plaintiff's claims.